

NUMBER 13-19-00654-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

AMERICAN TV/ELECTRONICS, INC.
DBA AMERICAN AC & HEATING                                  Appellant,

v.

MARCELO AND JOVANA
GARCIA VICTORIANO TREVINO,                                  Appellees.

### On appeal from the 398th District Court
### of Hidalgo County, Texas.

# MEMORANDUM OPINION

### Before Justices Benavides, Longoria, and Tijerina
### Memorandum Opinion by Justice Tijerina

This matter is before the Court on the appellant's failure to file a brief or reasonably explain the failure to do so. The appellant's brief in the above cause was due on June 9, 2020. On August 25, 2020, the Clerk of the Court notified appellant that the brief had

not been timely filed and that the appeal was subject to dismissal for want of prosecution under Texas Rule of Appellate Procedure 38.8(a)(1), unless within ten days from the date of the letter, appellant reasonably explained the failure and the appellee was not significantly injured by the appellant's failure to timely file a brief.

The Clerk's office called appellant's counsel and was informed the case had settled. To date, no brief, response to correspondence, nor motion regarding a settlement, if any, have been received by the Court.

Appellant has failed to either reasonably explain his failure to file a brief, file a motion for extension of time to file his brief, or file his brief. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 38.8(a), 42.3(b).


                                        JAIME TIJERINA
                                        Justice


Delivered and filed the
7th day of January, 2021.